# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 23, 2023

Lyle W. Cayce
Clerk

———————

No. 22-20498

———————

Pamela Love,

*Plaintiff—Appellant*,

*versus*

University of Saint Thomas,

*Defendant—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-176

———————————————————————

Before Wiener, Graves, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Pamela Love appeals the district court's grant of summary judgment to the University of Saint Thomas in Houston, her former employer, in her action for discrimination and retaliation under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981. This court has considered this appeal on the basis of the briefs and pertinent portions of the record. Having done so,

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-20498

the judgment is affirmed essentially for the reasons stated in the district court's order. AFFIRMED.